1  LEONARD PEÑA (State Bar No. 192898)
2  lpena@penalaw.com
   PEÑA & SOMA, APC
3  555 West Fifth Street, 31st Floor
   Los Angeles, California 90013
4  Telephone (213) 291-9101
   Facsimile (213) 291-9102
5

6  Proposed Attorneys for Debtor and
   Debtor in Possession
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                LOS ANGELES DIVISION

11

12 In re:                      ) Case No. LA 10-bk-25532 BR
                                )
13 JOHN LEE CATER              ) Chapter 11
                                )
14        Debtor and Debtor in ) EX PARTE MOTION FOR AN ORDER
          Possession.          ) EXTENDING TIME FOR DEBTOR TO
15                              ) FILE SCHEDULES OF ASSETS AND
                                ) LIABILITIES AND STATEMENT OF
16                              ) FINANCIAL AFFAIRS; DECLARATION
                                ) OF JOHN CATER
17                              )
18 _____ ) [NO HEARING REQUIRED]

19 **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE,**

20 **AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

21      John Lee Cater, the chapter 11 debtor and debtor in

22 possession ("Debtor"), files this motion for an extension of

23 time ("Motion") within which the Debtor must file its Schedules

24 of Assets ("Schedules"), Statement of Financial Affairs

25 ("SOFA"), and any other documents required to be filed pursuant

26 to any Case Commencement Deficiency Notice or other similar

27 notice issued by the Court or as set forth on the docket of this

28 bankruptcy case (collectively, the "Required Documents").  The

Required Documents are currently due on May 6, 2010.  By this Motion, the Debtor requests an extension of fifteen (15) days, to and including May 21, 2010, to file the Required Documents.

**A.**    **Background And Facts Supporting An Extension Of Time To File Bankruptcy Schedules And Related Documents**

Since the commencement of its Chapter 11 bankruptcy case on April 22, 2010, the Debtor has been working diligently to meet the filing requirements of Bankruptcy Code Section 521 and F.R.B.P. Rule 1007(b) and those of the Office of the United States Trustee.  In particular, the Debtor has been gathering all of the documents necessary to accurately complete the Required Documents and the 7-Day Package for the United States Trustee.

However, there are several factors that have made it difficult for the Debtor to collect all of the documents and other information necessary to complete the Required Documents. The Debtor is an individual who owns three small income producing properties, however, at the same time, the Debtor holds two full-time jobs.  Although the Debtor's spouse assists him in the day-to-day operations of the income properties, a majority of the responsibility falls on the Debtor as his wife also is employed full-time operating a small daycare.  As a result, most, if not all of the gathering of information and work related to the chapter 11 compliance is the responsibility of the Debtor.  Although the Debtor is a knowledgeable businessman, the chapter 11 process has proven to be difficult for him to understand.  Notwithstanding this, the Debtor is

actively searching for the documents necessary to prepare the Required Documents and the 7-Day Package for the United States Trustee and other information.

On average the Debtor works 60-80 hours per week and at least six days a week.  The Debtor is simultaneously working, and attempting to locate and obtain the necessary documents and other information which has proven to be a difficult and time consuming process as many documents and/or information are not readily available.  As such, he has had to seek documents from banks, escrow companies and several financial institutions; however these documents have not yet been received by the Debtor as quickly as he had hoped in time to prepare the Required Documents.

In the present case, the Debtor requires additional time to analyze and compile the information needed to complete the Debtor's Schedules and SOFA.  Sorting through the Debtor's records to identify the information necessary to accurately complete the Schedules and SOFA is a difficult and time consuming process.

Therefore, the Debtor needs additional time to prepare and file the Required Documents.  The Debtor believes that a fifteen (15) day extension of time to file the Required Documents, up to and including May 21, 2010, will afford the Debtor a sufficient amount of time to complete and file the Required Documents.

If the Debtor is forced to file the Required Documents by May 6, 2010, it is likely that the Debtor will later have to revise and make substantial amendments to the Required Documents because it is missing many important documents that are material

to the preparation of the Required Documents.  Thus, the Debtor respectfully submits that its requested extension of time to file the Required Documents is reasonable and appropriate and should be approved by the Bankruptcy Court, without prejudice to requesting further extensions of time, if necessary.

The Debtor does not believe that any of his creditors will be prejudiced by the extension of time requested herein.

**B.    The Debtor's Request Is In Compliance With Applicable Bankruptcy Rules And This Court Has The Ability To Grant The Relief Requested**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1, if no extension of time has been granted, the Debtor must file its Schedules and SOFA within fifteen (15) days from the date of the filing of its bankruptcy petition.  However, Federal Rule of Bankruptcy Procedure 1007(c) also provides that an extension of time for the filing of the Schedules and Statement may be granted ". . . on motion for cause shown and on notice to the United States Trustee . . ." F.R.B.P 1007(c).  Local Rule 1007-1 further requires that this Motion be accompanied by (1) evidence supporting the extension of time and (2) by court-conformed copies of all papers filed with the petition.  Accordingly, annexed hereto is the Declaration of John Cater, and court-conformed copies of all papers filed with the petition are attached as Exhibit "1".

/ / /

/ / /

/ / /

C.    **Conclusion**

Based on the foregoing, the Debtor respectfully requests that this Court enter an order extending the deadline by which the Debtor must file the Required Documents from May 6, 2010 to and including May 21, 2010.


Dated: May 6, 2010                     PEÑA & SOMA, APC


                                       By: /S/LEONARD PEÑA
                                           LEONARD PEÑA
                                       Proposed Attorney for Debtor
                                       and Debtor in Possession

### DECLARATION OF JOHN CATER

I, John Cater, declare:

1.    I am the Debtor in the above-referenced chapter 11 bankruptcy case ("Debtor").  I have personal knowledge of the facts set forth below, and if called to testify, I would and could competently testify thereto.

2.    I file this motion for an extension of time ("Motion") within which I must file my Schedules of Assets ("Schedules"), Statement of Financial Affairs ("SOFA"), and any other documents required to be filed pursuant to any Case Commencement Deficiency Notice or other similar notice issued by the Court or as set forth on the docket of this bankruptcy case (collectively, the "Required Documents").  The Required Documents are currently due on May 6, 2010.  By this Motion, I request an extension of fifteen (15) days, to and including May 21, 2010 to file the Required Documents.

3.    Since the commencement of my Chapter 11 bankruptcy case on April 22, 2010, I have worked diligently to meet the filing requirement of Bankruptcy Code Section 521 and F.R.B.P. Rule 1007(b) and those of the Office of the United States Trustee. I have provided my counsel with many documents and information necessary to complete the Required Documents; but I am still missing several material documents and other information necessary to completely and accurately prepare the Required Documents and the 7-Day Package for the United States Trustee and other information.

4.    There are several factors that have made it difficult for me to collect all of the documents and other information

necessary to complete the Required Documents.  I own three small income producing properties, however, at the same time, I hold two full-time jobs.  Although my spouse assists me in the day-to-day operations of the income properties, a majority of the responsibility falls on me as my wife also is employed full-time operating a small daycare.  As a result, most, if not all of the gathering of information and work related to the chapter 11 compliance is my responsibility.  Although I believe I am a knowledgeable businessman, the chapter 11 process has proven to be difficult for me to understand.  Notwithstanding this, I am actively searching for the documents necessary to prepare the Required Documents and the 7-Day Package for the United States Trustee and other information.

5.    On average I work 60-80 hours per week at my two jobs, 6 days a week.  Simultaneously working, and attempting to locate and obtain the necessary documents and other information has proven to be a difficult and time consuming process as many documents and/or information are not readily available to me. As such, I had to seek documents from banks, escrow companies and several financial institutions; however these documents have not yet been received by me as quickly as he had hoped in time to prepare the Required Documents.

6.    In the present case, I require additional time to analyze and compile the information needed to complete the Schedules and SOFA.  Sorting through my records to identify the information necessary to accurately complete the Schedules and SOFA is a difficult and time consuming process.  Therefore, I need additional time to prepare and file the Required Documents.

I believe that a fifteen (15) day extension of time to file the Required Documents, up to and including May 21, 2010, will afford me sufficient amount of time to complete and file the Required Documents.

7.   If am forced to file the Required Documents by May 6, 2010, it is likely that I will later have to revise and make substantial amendments to the Required Documents because I am missing many important documents that are material to the preparation of the Required Documents.  Thus, I respectfully submit that his requested extension of time to file the Required Documents is reasonable and appropriate and should be approved by the Bankruptcy Court, without prejudice to requesting further extensions of time, if necessary.

8.   I do not believe that any of my creditors will be prejudiced by the extension of time requested herein.

9.   Annexed hereto are court-conformed copies of all papers filed with the petition as Exhibit "1".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 6th day of May 2010, at Los Angeles, California.

/S/ JOHN CATER
JOHN CATER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

**B1 (Official Form 1)(4/10)**

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cater, John Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0292** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3026 Potomac Street**<br>**Los Angeles, CA**<br><div align="right">ZIP Code<br>**90016**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cater, John Lee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Central District of Californ** | Case Number:<br>**03-bk-14347** | Date Filed:<br>**2/14/03** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <u>/s/ Leonard Peña</u>          <u>April 20, 2010</u><br>Signature of Attorney for Debtor(s)          (Date)<br>**Leonard Peña 192898**</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cater, John Lee**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Lee Cater**
Signature of Debtor  **John Lee Cater**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 20, 2010**
Date

### Signature of Attorney*

X **/s/ Leonard Peña**
Signature of Attorney for Debtor(s)

**Leonard Peña 192898**
Printed Name of Attorney for Debtor(s)

**Peña & Soma, APC**
Firm Name

**555 West Fifth Street, 31st Floor
Los Angeles, CA 90013**

_____
Address

                              **Email: lpena@penalaw.com**
**213-291-9101  Fax: 213-291-9102**
Telephone Number

**April 20, 2010                    192898**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re    **John Lee Cater**                         Case No. _____

                                         Debtor(s)           Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. <span style="float:right">Page 2</span>

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ John Lee Cater**
                         **John Lee Cater**

Date:     **April 20, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **John Lee Cater**                                          Case No. _____

_____    Chapter    **11**
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Credit Management Lp 4200 International Pkwy Carrollton, TX 75007** | **Credit Management Lp 4200 International Pkwy Carrollton, TX 75007** | **Collection Comcast Culver City** | | **88.00** |
| **Fireside Auto Finance Po Box 9080 Pleasanton, CA 94566** | **Fireside Auto Finance Po Box 9080 Pleasanton, CA 94566** | **Automobile** | | **5,693.00** **(Unknown secured)** |
| **First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104** | **First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104** | **ChargeAccount** | | **435.00** |
| **Law Office Of M.N.Kay 7 Penn Plz New York, NY 10001** | **Law Office Of M.N.Kay 7 Penn Plz New York, NY 10001** | **Collection T-Mobile Formerly V** | | **1,148.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **John Lee Cater**                                                Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, **John Lee Cater**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 20, 2010**                        Signature    **/s/ John Lee Cater**
                                                  **John Lee Cater**
                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

John Lee Cater
3026 Potomac Street
Los Angeles, CA 90016


Leonard Peña
Peña & Soma, APC
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

Chase Mortgage
PO Box 78116
Phoenix, AZ 85062


Creative Investment Group, Inc.
2400 West Magnolia Blvd.
Burbank, CA 91506


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Fireside Auto Finance
Po Box 9080
Pleasanton, CA 94566


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Law Office Of M.N.Kay
7 Penn Plz
New York, NY 10001

Saxon Mortgage
P.O. Box 163405
Fort Worth, TX 76161


Wachovia Mortgage
Attn Bankruptcy Dept TX1643
PO Box 659558
San Antonio, TX 78265-9558

| In re: | CHAPTER: **11** |
|---|---|
| **John Lee Cater** | |
| Debtor(s). | CASE NUMBER: **2:10-bk-25532** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**555 West Fifth Street 31st Floor, Los Angeles, CA 90013**

A true and correct copy of the foregoing document described as EX PARTE MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; DECLARATION OF JOHN CATER will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/6/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
**United States Trustee          ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/6/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May  6, 2010 | ALYSSA LEAL | /S/ ALYSSA LEAL |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER **11** |
|---|---|
| **John Lee Cater** | |
| Debtor(s). | CASE NUMBER **2:10-bk-25532** |

<u>**ADDITIONAL SERVICE INFORMATION**</u> **(if needed):**

**Honorable Barry Russell**
**United States Bankruptcy Judge**
**255 E Temple Street Suite 1660**
**Los Angeles, CA 90012**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Leonard Peña**<br>**Peña & Soma, APC**<br>**555 West Fifth Street, 31st Floor**<br>**Los Angeles, CA 90013**<br>**213-291-9101 Fax: 213-291-9102**<br>**192898**<br>☐ Attorney for: | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>**John Lee Cater**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____
☐ Other: _____        Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document), (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Signature of Signing Party_
**John Lee Cater**
_Printed Name of Signing Party_

Date: 5-6-10

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_Signature of Attorney for Signing Party_
**Leonard Peña 192898**
_Printed Name of Attorney for Signing Party_

Date: _____